Case 2:24-cv-00080-WBV   Document 4   Filed 01/22/24   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Jan 22 2024
CAROL L. MICHEL
CLERK
SMS   Mail

United States District Court
Eastern District of Louisiana

Damien Johnson         Civil action No.:
V.
Joseph Lopinto
Et. AL.                filed: 1-16-24

## Additional Statement of Claim and Relief

### IV Statement of Claim:

I have been incarcerated at the J.P.C.C. for approx. 9 months. I have been under the Nazarine vow for over 13 years. The J.P.C.C. and J.P.S.O. has taken away my previdliges for growing my hair and refusing to cut my dreadlocks and exercising my religeon as a Rasta.

I have not been allowed to go on the yard for recreation to get fresh air from this toxic Black mold infested dorm or be allowed to use the toe nail and finger nail clipper because its only available on the yard.

I haven't been able to use the phone because of restrictions to contact my family and friends or people who can help me with my criminal case for over 9 months which has caused me predijuice in my criminal case and emotional pain and suffering.

I am not allowed to buy items from the commissary which has made my incarceration harder on me than other inmates.

Lt. Christopher Morris, Deputy Melvin Franscis, Major Olsen, Mrs. Banner, et.al. have all been notified of my Religeous Status and asked to restore my privedliges to no avail.

This situation demonstrates violation of my U.S. and Louisiana Constitutional rights to freedom of religeon, Diliberate indifference, cruel and unsual punishment, Neglegence, and discrimination. See: RLUIPA; Ware V. La Dept. of Corr. 866 F. 3d 263 (5th Cir. 2017)

## V Relief:

I ask that I be given an Emergency Paliminary injunction and be allowed to have my jail privelidges while exercising my religeon and growing my hair in order to stop my U.S. Constitutional rights from being violated.

I ask for $100,000 in punitive damages for each violation of my constitutional rights.

I ask for $100,000 in Compensatory Money for Emotional Pain and Suffering and Mental anguish for each violation of my constitution rights.

I ask that the defendant be ordered to pay all court filing fees in this matter

I am sueing in the defendants indivual + offical capacity.

Respectfully submitted,
Damien Johnson K

