# Jefferson Parish Sheriff's Office



**RECEIVED** JAN 12 2024 BY:_____

## INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within ninety (90) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

**Inmate's Name Printed:** Damien Johnson
**Date of Birth:** 7-16-77
**Housing Location:** AC 04
**Date of Incident:** 5-1-2023 - 1-4-24 on going
**Inmate CCN#:** 9948?800
**Date Grievance Filed:** 1-4-2024

**Summary of Complaint:** I am a Nazirite/Rasta under oath according to Num 6:1-8 and have taken a vow to never cut my hair to forfill my religeous obligations. The Jefferson Parish Correctional Center is panishing me for practicing my 1st Amendment right to Freedom of Religeon. I am a Pretrial detainee. This Demonstrates Cruel and Unusual Punishment and I ask that J.P.C.C pay me $100,000 for Violation of each one of my Constational Rights

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER (Failure to complete this section will result in denial of grievance):** I explained to the disciplinary Board that I am a Nazirite/Rasta and they choose to still punish me and discriminate against me for exercising my freedom of Religeon and Not Cutting my hair

**Name of personnel involved:** Joseph Lapinto

**Name and location of witnesses:** This matter is on Record and I have writeups and grivences to Prove that I am being punished for practicing my religeon

I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance. **Signed:** Damien Johnson
**Inmate Signature**

---

**DO NOT WRITE BELOW THIS LINE:**
Date received: 1/12/24
Grievance #: 2401027
Screened by: Capt Bordelon
Type of complaint: Policy
Accepted and referred to: Major Olsen
Policy & Procedure Challenged: ☐ Yes ☐ No
Remarks: _____

**FOR ADMINISTRATIVE USE ONLY:**
Rejected:
☐ Anonymous
☐ Vague complaint
☐ Premature
☐ Request
☐ On behalf of another/group
☐ Outside scope of procedure
☐ Disciplinary appeal/ Ad. Seg. hearing
☐ Multiple complaints: file separate grievances
☐ Duplicate Grievance
☐ Filed more than 90 days after event
☐ No violation Articulated
☐ Nuisance/Frivolous
☐ Incomplete
☐ Other: Specify:_____

### INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within ninety (90) days of the event on which this grievance is based.

_____   _____
Date                      Inmate Signature

Revised: 11/20/19
E#: 107